# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

PRINCIPAL FINANCIAL SERVICES, INC.,  )
)
              Plaintiff,  )
)    2:11-cv-00009-KJD-LRL
v.  )
)    **O R D E R**
PFRESOURCES, LLC, et al.,  )
)
              Defendants.  )
)

      Before the court is plaintiff's Motion to Compel Defendant's Compliance with Discovery Duties and for Sanctions (#28). The court has considered the motion and plaintiff's Notice of Defendant's Non-Opposition to Plaintiff's Motion to Compel (#30), in which plaintiff notes that defendant has not responded to the motion. Defendant's failure to respond constitutes its consent to the granting of plaintiff's motion. LR 7-2(d). Accordingly, and for good cause otherwise shown,

      IT IS ORDERED that plaintiff's Motion to Compel Defendant's Compliance with Discovery Duties and for Sanctions (#28) is granted as follows:

      1. Defendant PFR shall, not later than **May 31, 2011**, provide plaintiff with the names, addresses and telephone numbers of the individuals likely to have discoverable information, together with the subject matter of such information, that PFR may use to support its defense in this case.

. . .

. . .

. . .

. . .

2. Defendant PFR shall pay to counsel for plaintiff the sum of $700.00 as the reasonable attorney's fee incurred in making the motion.

DATED this 20th day of May, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**