**MICHAEL M. EDWARDS**
Nevada Bar No. 6281
E-Mail: Michael.Edwards@wilsonelser.com
**J. SCOTT BURRIS**
Nevada Bar 10529
E-Mail: J.Scott.Burris@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
Tele: 702. 727.1400
Fax:  702. 727.1401

*Attorneys for Plaintiff*
*Principal Financial Services, Inc.*

Richard B. Biagi (admitted *pro hac vice*)
Illinois Bar No. 6274572
E-Mail: rbiagi@nealmcdevitt.com
Kevin J. McDevitt (admitted *pro hac vice*)
Illinois Bar No. 6205086
E-Mail: kmcdevitt@nealmcdevitt.com
Jeremy M. Roe (admitted *pro hac vice*)
Illinois Bar No. 6296443
E-Mail: jroe@nealmcdevitt.com
**NEAL & MCDEVITT, LLC**
1776 Ash Street
Northfield, Illinois 60093
Tele. 847.441.9100
Fax   847.441.0911

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br> v. <br><br> PFRESOURCES, LLC, *et al*. <br><br> Defendants. | Case No.  2:11-cv-00009-KJD-LRL <br><br> **NOTICE OF WITHDRAWAL PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND FOR SANCTIONS (DOC. NO 34)** |

247552.1

Plaintiff, Principal Financial Services, Inc. ("Principal"), withdraws Principal's Motion to Compel Discovery Responses and for Sanctions, Document 34 ("Motion"), filed June 8, 2011, while preserving Principal's rights, including the right to renew Principal's Motion in the future.

Respectfully submitted this 30th day of June, 2011.

        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By  */s/ Michael M. Edwards*

Michael M. Edwards, Nevada Bar No. 6281
J. Scott Burris, Nevada Bar No. 10529
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101

*Attorneys for Plaintiff*
*Principal Financial Services, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 1, 2011

2

247552.1

# CERTIFICATE OF SERVICE

I certify that on the 30th day of June, 2011, I forwarded a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND FOR SANCTIONS DOC No. 34 on the parties by filing a true copy with the Clerk of the Court using the CM/ECF System to be served upon all parties using the CM/ECF System.

Doris Nehme-Tomalka, Esq.
**NEHME-TOMALKA & ASSOCIATES**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Tele: 702.240.5280
Fax:  702.240.5380

　　　　　　　　　　　___/s/ Theresa Drevetzki_____
　　　　　　　　　　　An Employee of
　　　　　　　　　　　WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

3

247552.1