**MICHAEL M. EDWARDS**
Nevada Bar No. 6281
E-Mail: Michael.Edwards@wilsonelser.com
**J. SCOTT BURRIS**
Nevada Bar 10529
E-Mail: J.Scott.Burris@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Tele: 702. 727.1400
Fax: 702. 727.1401
Attorneys for Plaintiff
*Principal Financial Services, Inc.*

Richard B. Biagi (admitted *pro hac vice*)
Illinois Bar No. 6274572
E-Mail: rbiagi@nealmcdevitt.com
Kevin J. McDevitt (admitted *pro hac vice*)
Illinois Bar No. 6205086
E-Mail: kmcdevitt@nealmcdevitt.com
Jeremy M. Roe (admitted *pro hac vice*)
Illinois Bar No. 6296443
E-Mail: jroe@nealmcdevitt.com
**NEAL & MCDEVITT, LLC**
1776 Ash Street
Northfield, Illinois 60093
Tele. 847.441.9100
Fax   847.441.0911

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC., | Case No. 2:11-cv-00009-KJD-LRL |
| Plaintiff, | **SECOND STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES** |
| v. | |
| PFRESOURCES, LLC, *et al*. | |
| Defendants. | |

249464.1

Plaintiff PRINCIPAL FINANCIAL SERVICES, INC. ("Principal"), with the consent of Defendant PFRESOURCES, LLC ("PFR"), moves the Court for good cause, and not merely for purposes of delay, to amend the Stipulated Discovery Plan and Scheduling Order in this action.

The parties jointly submitted their Stipulated Discovery Plan and Scheduling Order on March 14, 2011.  (Docket No. 27)  On June 8, 2011, Principal filed a Stipulated Motion to Extend Discovery Deadlines, in light of open discovery issues amongst the parties.  (Docket No. 33).  The Court granted this Motion on June 15, 2011.  (Docket No. 35)

The parties are actively engaged in settlement discussions and appear to be close to a resolution.  In light of this development, PFR's counsel, Doris Nehme-Tomalka, expressly consented to the filing of this Motion during a telephone discussion with Principal's counsel, Rick Biagi, on July 12, 2011.

Accordingly, Principal moves the Court to amend the current Stipulated Discovery Plan and Scheduling Order by extending all dates in the Order by sixty (60) days, as follows:

| | |
|---|---|
| Amending the Pleadings and Adding Parties: | August 26, 2011 |
| Expert Disclosures: | September 24, 2011 |
| Rebuttal Expert Disclosures: | October 25, 2011 |
| Discovery Cut-Off Date: | November 22, 2011 |
| Extensions/Modifications to Scheduling Order: | November 22, 2011 |
| Dispositive Motion Deadline: | December 22, 2011 |
| Pretrial Order Deadline: | January 21, 2012 |

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

Date: 7-15-11 _____

2

249464.1

Respectfully submitted,

*/s/ J. Scott Burris*
Richard B. Biagi (admitted *pro hac vice*)
Illinois Bar No. 6274572
E-Mail:  rbiagi@nealmcdevitt.com
Kevin J. McDevitt (admitted *pro hac vice*)
Illinois Bar No. 6205086
E-Mail:  kmcdevitt@nealmcdevitt.com
Jeremy M. Roe (admitted *pro hac vice*)
Illinois Bar No. 6296443
E-Mail:  jroe@nealmcdevitt.com
NEAL & MCDEVITT, LLC
1776 Ash Street
Northfield, Illinois 60093
847.441.9100; Fax 847.441.0911

Michael M. Edwards
J. Scott Burris
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
michael.edwards@wilsonelser.com
j.scott.burris@wilsonelser.com
702.727.1400; Fax 702.727.1401
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2011, I electronically filed a copy of **SECOND STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES.**  Notice of this filing will be sent by operation of the Court's electronic filing system to the parties.  Parties may access this filing through the Court's ECF system.

*/s/ J. Scott Burris*
*One of the Attorneys for Plaintiff*

3

249464.1